IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM DONOVAN**, administrator of the State of the Estate of Rita Donovan, Deceased, | : : : : | Case No.   20-cv-4076-JMY |
| v. | : : | |
| **BOSTON MARKET CORPORATION** | : | |

## ORDER

AND NOW, this 23rd day of June 2022, upon consideration of the Motion for Summary Judgment filed by the Defendant (ECF No. 19), all papers filed in support thereof and in opposition thereto, and for the reasons set forth in the accompanying memorandum filed by the Court, it is hereby ORDERED that said motion shall be DENIED.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge